IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HALEY, | CASE NO. CV F 11-1869 LJO |
| Plaintiff, | **ORDER TO CLOSE ACTION**<br>(Doc. 15.) |
| vs. | |
| VICENTE RANDY BERNABE, | |
| Defendant. / | |

Given plaintiff's withdrawal of her motion to withdraw bankruptcy reference, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** May 31, 2013         /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

1